# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Vectrus Systems Corporation | ) ASBCA No. 63465 |
| | ) |
| Under Contract No. FA3002-17-C-0009 | ) |

APPEARANCES FOR THE APPELLANT:  Joseph G. Martinez, Esq.
Mikaela R. Colvin, Esq.
  Dentons US LLP
  Denver, CO

APPEARANCES FOR THE GOVERNMENT:  Caryl A. Potter III, Esq.
  Air Force Deputy Chief Trial Attorney
Christopher J. Hilborn, Esq.
  Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE YOUNG

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and to the parties' agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,800,000. This amount is inclusive of interest. No further interest shall be paid.

Dated: May 22, 2024

LIS B. YOUNG
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____                    _____
OWEN C. WILSON                             MICHAEL N. O'CONNELL
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals



I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63465, Appeal of Vectrus
Systems Corporation, rendered in conformance with the Board's Charter.

Dated:  May 22, 2024


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2